# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**ANOU LO,**

        Petitioner,

    V.                                   CASE NUMBER: **04-C-133**

**JEFFREY ENDICOTT, Warden,
Red Granite Correctional Institution**,

        Respondent.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that Anou Lo's petition pursuant to Title 28, United States Code, Section 2254, is DENIED as untimely. Respondent's motion to dismiss is GRANTED. This action is hereby DISMISSED.**

    **October 7, 2005**
Date

    **SOFRON B. NEDILSKY**
Clerk

    s/ Linda M. Zik
(By) Deputy Clerk